AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT      SEALED
for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE RESIDENCE OF 3046 ESSEX AVENUE, LAPLACE,<br>LOUISIANA, 70068, A TWO STORY BRICK DUPLEX,<br>NORTHERNMOST OF THE TWO APARTMENTS, WITH A<br>WHITE FRONT DOOR AND BLACK SECURITY DOOR | )<br>)<br>)   Case No.   19-MC-10375<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     Louisiana
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B."

**YOU ARE COMMANDED** to execute this warrant on or before     May 29, 2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Duty Magistrate    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 15, 2019, 4:35 PM     _____
                                                                         *Judge's signature*

City and state:       New Orleans, Louisiana        Honorable Karen Wells Roby, Chief United States Magistrate Judge
                                                                                  *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>19-MC-10375 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

Subscribed, sworn to, and returned
before me this ___ day of _____, 20__.

_____
U.S. Judge or Magistrate

*Executing officer's signature*

_____
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-MC-10375 | Date and time warrant executed:<br>May 22, 2019 @ 5:00 a.m. | Copy of warrant and inventory left with:<br>Arnissa Anderson |

Inventory made in the presence of:
SA Justin Moran, TFO David Ehrmann, and TFO Josh Champagne

Inventory of the property taken and name of any person(s) seized:

- One "FN" FNX .40 caliber (Serial #FX20002925) semiautomatic handgun and magazine

- One Ruger P97DC .45 Caliber (obliterated serial numbers) semiautomatic handgun with a full magazine

- One Zastava PAP M92PV 7.62x30 mm pistol (Serial #M92PV008702) with a full magazine

- One Glock 42 .380 caliber handgun (Serial#ABSL406) with a full magazine

- $33,176.10 United States Currency

- approximately 5 grams of suspected cocaine base "crack".

- eight (8) individually wrapped clear plastic bags containing a tan powder substance, weighing approximately 8 grams, suspected to be heroin.

- One (1) plastic bag containing a white powdery substance, weighing approximately 1 gram, suspected to be cocaine HCL.

- One silver luggage container, containing five gallon size zip lock bags each containing suspected synthetic marijuana.

- Andrew ANDERSON (ARRESTED)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

Subscribed, sworn to, and returned
before me this ___ day of _____, 20__.

_____ 6/4/19
*Executing officer's signature*

David Ehrmann, TFO
*Printed name and title*

_____
U.S. Judge or Magistrate